**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-7331**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN MAURICE MCNEIL,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham.  N. Carlton Tilley, Jr., Chief
District Judge.  (CR-93-256)

―――――――――

Submitted:  November 29, 2001      Decided:  December 10, 2001

―――――――――

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

John Maurice McNeil, Appellant Pro Se.  Lisa Blue Boggs, Assistant
United States Attorney, Greensboro, North Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Maurice McNeil seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. McNeil, No. CR-93-256 (M.D.N.C. July 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED